(175 App. Div. 882)

## JOSEPH v. JOSEPH et al.

(Supreme Court, Appellate Division, First Department.   October 20, 1916.)

PLEADING ⬤⟳345(2)—JUDGMENT—REVERSAL.

Where the denial in the first paragraph of an answer was sufficient to put in issue the agreed price of goods alleged to have been sold and delivered, an order granting plaintiff's motion for judgment on the pleadings will be reversed, and the motion denied.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. § 1056; Dec. Dig. ⬤⟳345(2).]

Appeal from Special Term, New York County.

Action by Samuel Joseph against Harry Joseph and another.   From an order granting plaintiff's motion for judgment on the pleadings, defendants appeal.   Order reversed, and motion denied.

Argued before CLARKE, P. J., and McLAUGHLIN, SCOTT, DOWLING, and SMITH, JJ.

Isidore Cohen, of New York City, for appellants.
Max Monfried, of New York City, for respondent.

PER CURIAM.   The denial in the first paragraph of the answer is sufficient to put in issue the agreed price or value of the goods, wares, and merchandise alleged to have been sold and delivered.

It is unnecessary, at present, to review any other question in the case.

The order appealed from is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.   Order filed.

Argued before CLARKE, P. J., and McLAUGHLIN, SCOTT, DOWLING, and SMITH, JJ.